# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00510-CV

### Lone Star Laboratory Group, LLC, Appellant

### v.

### Benchmark Specialties, Inc., Appellee

### FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### NO. 2019V-075, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Lone Star Laboratory Group, LLC and appellee Benchmark Specialties, Inc. have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Joint Motion

Filed: October 18, 2019